IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A. WATSON,

    Plaintiff,
v.                                                      CASE NO. 5:18-cv-9-MCR-GRJ

MAYO, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) The Court found Plaintiff's complaint deficient for multiple reasons, so the Court ordered him to file an amended complaint as well as to either pay the filing fee or file a motion for leave to proceed *in forma pauperis* on or before February 7, 2018. (ECF No. 3.) The Court also warned Plaintiff that failure to comply within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and for failure to comply with a Court order. (*Id.*)

When Plaintiff failed to comply by the deadline, the Court ordered Plaintiff to show cause in writing on or before March 16, 2018, as to why the case should not be dismissed for failure to comply with an order from

the Court and for failure to prosecute. (ECF No. 4.) Again, the Court warned Plaintiff that failure to respond within the time allotted will result in a recommendation to the district judge that the case be dismissed for failure to comply with an order from the Court and failure to prosecute. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with the Court order, failing to file an amended complaint and to either pay the filing fee or file a motion for leave to proceed as a pauper.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an Order of the Court.

**IN CHAMBERS** this 19th day of March 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party**

**waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**