UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A. WATSON,

    Plaintiff,
v.                                                           CASE NO. 5:18-cv-9-MCR-GRJ

MAYO, et al.,

    Defendants.
_____/

## **O R D E R**

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 19, 2018. ECF No. 5. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of April 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**